STATE OF NEBRASKA V. FREMONT, ELKHORN & MISSOURI
VALLEY RAILROAD COMPANY.

FILED NOVEMBER 21, 1900.  No. 11,218.

Stare Decisis: CONSTITUTIONAL LAW: ENACTMENT OF STATUTE: CON-
STITUTION MANDATORY: TITLE PART OF ACT: ENROLLED BILL
PRIMA FACIE EVIDENCE: LEGISLATIVE JOURNAL CONTROLLING EVI-
DENCE: INVALID STATUTE. Decision in *State v. Burlington & M.
R. R. Co.*, just decided, followed.

ORIGINAL action in the supreme court to recover pen-
alties under section 9, article 8, chapter 72, of the Com-
piled Statutes, in the sum of $25,000. Submitted on de-
murrer to petition. *Action dismissed.*

*Constantine J. Smyth, Attorney General*, for the state.

*Benjamin T. White* and *James B. Sheean, contra.*

*Woolworth & McHugh, amici curiæ.*

NORVAL, C. J.

The same questions are involved in this case as in *State
v. Burlington & M. R. R. Co.*, 60 Nebr., just decided, and
for the reason stated in the opinion filed in that case the
demurrer to the petition herein is sustained, and the ac-
tion

DISMISSED.